FILED

JUL 0 8 2016

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 15-119-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CODY ALAN CHURCHILL, | |
| Defendant. | |

In the Indictment in the above-captioned case, the United States sought the forfeiture under 18 U.S.C. § 924(d) of any and all real or personal property used and intended to be used in any manner or part to commit and to facilitate the commission of the firearms violations alleged in the indictment, including but not limited to the firearm, an Izhevsk Mechanical Works, model MP 18, 20 gauge, single-shot break-action shotgun (serial number 1304 I966B).

The Bureau of Alcohol, Tobacco, Firearms, and Explosives administratively forfeited the firearm, and, during the process, provided notice to the defendant and

1

the public of its intent to forfeit the firearm in accordance with 18 U.S.C. § 983(a)(1) and (2).

IT IS HEREBY ORDERED that the criminal forfeiture proceeding in the above captioned case is DISMISSED.

The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send three certified copies of this order to the United States Marshal.

DATED this 8th day of July, 2016.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

2